# EXHIBIT B

Electronically Filed
5/24/2017 2:34:12 PM
Hidalgo County District Clerks
Reviewed By: Alexis Bonilla

CAUSE NO. C-2383-17-I

| | | |
|---|---|---|
| VICTOR LARA | § | IN THE DISTRICT COURT |
| | § | |
| | § | |
| | § | |
| V. | § | _____ JUDICIAL DISTRICT |
| | § | |
| | § | |
| ARCH SPECIALTY INSURANCE | § | |
| COMPANY AND MELANIE LABRIE | § | HIDALGO COUNTY, TEXAS |

## PLAINTIFF'S ORIGINAL PETITION

TO THE HONORABLE JUDGE OF SAID COURT:

Plaintiff VICTOR LARA, files this Original Petition against ARCH SPECIALTY INSURANCE COMPANY ("ARCH SPECIALTY" or the "INSURANCE DEFENDANT"), and MELANIE LABRIE ("LABRIE" or "ADJUSTER DEFENDANT" or herein collectively as "DEFENDANTS") and in support thereof, would show as follows:

### I.
### DISCOVERY CONTROL PLAN LEVEL

Plaintiff intends for discovery to be conducted under Level 3 of Rule 190 of the Texas Rules of Civil Procedure. This case involves complex issues and will require extensive discovery. Therefore, Plaintiff will ask the Court to order that discovery be conducted in accordance with a discovery control plan tailored to the particular circumstances of this suit.

### II.
### PARTIES AND SERVICE

Plaintiff resides in Hidalgo County, Texas.

Defendant ARCH SPECIALTY is in the business of insurance in the State of Texas. The insurance business done by INSURANCE DEFENDANT in Texas includes, but is not limited to, the following:

1

Electronically Filed
5/24/2017 2:34:12 PM
Hidalgo County District Clerks
Reviewed By: Alexis Bonilla

**C-2383-17-I**

- The making and issuing of contracts of insurance with the Plaintiff;

- The taking or receiving of application for insurance, including the Plaintiff's application for insurance;

- The receiving or collection of premiums, commissions, membership fees, assessments, dues or other consideration for any insurance or any part thereof, including any such consideration or payments from the Plaintiff; and

- The issuance or delivery of contracts of insurance to residents of this state or a person authorized to do business in this state, including the Plaintiff.

This defendant may be served with personal process, by a process server, by serving its registered agent General Counsel, Arch Insurance Group, Inc., 300 Plaza Three, Jersey City, NJ 07311-1107 or wherever else it may be found.

Defendant, MELANIE LABRIE, is an individual residing in and domiciled in the State of Texas. This defendant may be served with personal process via personal service at 1015 Southern Hills Road, Kingwood, Texas 77339 or wherever else she may be found.

### III.
### JURISDICTION AND VENUE

Venue is appropriate in Hidalgo County, Texas because all or part of the conduct giving rise to the causes of action were committed in Hidalgo County, Texas and the Plaintiff and property which is the subject of this suit are located in Hidalgo County, Texas.

Accordingly, venue is proper pursuant to Texas Civil Practice & Remedies Code §15.002.

### IV.
### FACTS

Plaintiff is the owner of a Texas Commercial Insurance Policy (hereinafter referred to as "the Policy"), which was issued by INSURANCE DEFENDANT.

Electronically Filed
5/24/2017 2:34:12 PM
Hidalgo County District Clerks
Reviewed By: Alexis Bonilla

**C-2383-17-I**

Plaintiff owns the insured property, which is specifically located at 607 E Coma St, Hidalgo, Texas 78557 (hereinafter referred to as "the Property").

INSURANCE DEFENDANT sold the Policy insuring the Property to Plaintiff.

During the terms of said Policy, on or about June 1, 2016 under Policy No. ANC0002812-00 and Claim No. 000012900800, Plaintiff sustained covered losses in the form of wind and/or hail damage and damages resulting therefrom, and Plaintiff timely reported same pursuant to the terms of the Policy. Plaintiff asked that INSURANCE DEFENDANT cover the cost of repairs to the Property pursuant to the Policy. However, DEFENDANTS failed to conduct a full, fair and adequate investigation of Plaintiff's covered damages, which evidenced by the estimate and report completed by Melanie Labrie and fully adopted by Arch Specialty Insurance Company.[1]

As detailed in the paragraphs below, INSURANCE DEFENDANT wrongfully denied Plaintiff's claim for repairs to the Property, even though the Policy provided coverage for losses such as those suffered by Plaintiff. Furthermore, INSURANCE DEFENDANT failed to pay Plaintiff's claim by not providing full coverage for the damages sustained by Plaintiff.

To date, INSURANCE DEFENDANT continues to delay in the payment for the damages to the Property, which originated in Adjuster Defendant's failure to effectuate a prompt, fair and equitable resolution of the claim.

INSURANCE DEFENDANT failed to perform its contractual duty to adequately compensate Plaintiff under the terms of their Policy. Specifically, INSURANCE DEFENDANT refused to pay the full proceeds of the Policy after its agent, ADJUSTER

---

[1] See Plaintiff's Exhibit A, a true and correct copy of Melanie Labrie's estimate dated July 1, 2016.

3

Electronically Filed
5/24/2017 2:34:12 PM
Hidalgo County District Clerks
Reviewed By: Alexis Bonilla

C-2383-17-I

DEFENDANT conducted an outcome-oriented investigation, although due demand was made for proceeds to be paid in an amount sufficient to cover the damaged property, and all conditions precedent to recovery under the Policy have been carried out and accomplished by Plaintiff. INSURANCE DEFENDANT'S conduct constitutes a breach of the insurance contract between it and Plaintiff.

Pleading further, DEFENDANTS misrepresented to Plaintiff that the damage to the Property was not covered under the Policy, even though the damage was caused by a covered occurrence. INSURANCE DEFENDANT'S conduct constitutes a violation of the Texas Insurance Code, Unfair Settlement Practices. TEX. INS. CODE §541.060(a)(1).

DEFENDANTS failed to make an attempt to settle Plaintiff's claim in a fair manner, although it was aware of its liability to Plaintiff under the Policy. Their conduct constitutes a violation of the Texas Insurance Code, Unfair Settlement Practices. TEX. INS. CODE §541.060(a)(2)(A).

INSURANCE DEFENDANT failed to explain to Plaintiff any valid reason for its coverage denial and offer of an inadequate settlement. Specifically, it failed to offer Plaintiff full compensation, without any valid explanation why full payment was not being made. Furthermore, INSURANCE DEFENDANT did not communicate that any future settlements or payments would be forthcoming to pay for the entire loss covered under the Policy, nor did it provide any explanation for the failure to adequately settle Plaintiff's claim. INSURANCE DEFENDANT conduct is a violation of the Texas Insurance Code, Unfair Settlement Practices. TEX. INS. CODE §541.060(a)(3).

INSURANCE DEFENDANT failed to meet its obligations under the Texas Insurance Code regarding timely acknowledging Plaintiff's claim, beginning an investigation of Plaintiff's

Electronically Filed
5/24/2017 2:34:12 PM
Hidalgo County District Clerks
Reviewed By: Alexis Bonilla

C-2383-17-I

claim, and requesting all information reasonably necessary to investigate Plaintiff's claim within the statutorily mandated time of receiving notice of Plaintiff's claim. Its conduct constitutes a violation of the Texas Insurance Code, Prompt Payment of Claims. TEX. INS. CODE §542.055.

Further, INSURANCE DEFENDANT failed to accept or deny Plaintiff's full and entire claim within the statutorily mandated time of receiving all necessary information. Its conduct constitutes a violation of the Texas Insurance Code, Prompt Payment of Claims. TEX. INS. CODE §542.056.

INSURANCE DEFENDANT failed to meet its obligations under the Texas Insurance Code regarding payment of claims without delay. Specifically, it has delayed full payment of Plaintiff's claim and, to date, Plaintiff has not received full payment for the claim. Its conduct constitutes a violation of the Texas Insurance Code, Prompt Payment of Claims. TEX. INS. CODE §542.058.

From and after the time Plaintiff's claim was presented to INSURANCE DEFENDANT, its liability to pay the full claim in accordance with the terms of the Policy was reasonably clear. However, it has refused to pay Plaintiff in full, despite there being no basis whatsoever upon which a reasonable insurance company would have relied to deny the full payment. INSURANCE DEFENDANT'S conduct constitutes a breach of the common law duty of good faith and fair dealing.

Additionally, INSURANCE DEFENDANT knowingly or recklessly made false representations, as described above, as to material facts and/or knowingly concealed all or part of material information from Plaintiff.

Electronically Filed
5/24/2017 2:34:12 PM
Hidalgo County District Clerks
Reviewed By: Alexis Bonilla

**C-2383-17-I**

Because of INSURANCE DEFENDANT'S wrongful acts and omissions, Plaintiff was forced to retain the professional services of the attorney and law firm who is representing Plaintiff with respect to these causes of action.

**V.**

## CAUSES OF ACTION AGAINST INSURANCE DEFENDANT

**A.     BREACH OF CONTRACT**

INSURANCE DEFENDANT'S conduct constitutes a breach of the insurance contract between it and Plaintiff. Defendant's failure and/or refusal, as described above, to pay Plaintiff adequate compensation as it is obligated to do under the terms of the Policy in question, and under the laws of the State of Texas, constitutes a breach of the insurance contract with Plaintiff.

**B.     NONCOMPLIANCE WITH TEXAS INSURANCE CODE:**

**1.     UNFAIR SETTLEMENT PRACTICES**

INSURANCE DEFENDANT'S conduct constitutes multiple violations of the Texas Insurance Code, Unfair Settlement Practices: TX. INS. CODE §541.060(a). All violations under this article are made actionable by TEX. INS. CODE §541.151.

INSURANCE DEFENDANT'S unfair settlement practice, as described above, of misrepresenting to Plaintiff material facts relating to the coverage at issue, constitutes an unfair method of competition and an unfair and deceptive act or practice in the business of insurance. TEX. INS. CODE §541.060(a)(1).

INSURANCE DEFENDANT'S unfair settlement practice, as described above, of failing to attempt in good faith to effectuate a prompt, fair, and equitable settlement of the claim, even though its liability under the Policy was reasonably clear, constitutes an unfair method

Electronically Filed
5/24/2017 2:34:12 PM
Hidalgo County District Clerks
Reviewed By: Alexis Bonilla

C-2383-17-I

of competition and an unfair and deceptive act or practice in the business of insurance. TEX. INS. CODE §541.060(a)(2)(A).

INSURANCE DEFENDANT'S unfair settlement practice, as described above, of refusing to pay Plaintiff's claim without conducting a reasonable investigation, constitutes an unfair method of competition and an unfair and deceptive act or practice in the business of insurance. TEX. INS. CODE §541.060(a)(7).

### 2.    THE PROMPT PAYMENT OF CLAIMS

INSURANCE DEFENDANT'S conduct constitutes multiple violations of the Texas Insurance Code, Prompt Payment of Claims. All violations made under this article are made actionable by TEX. INS. CODE §542.060.

INSURANCE DEFENDANT'S failure to acknowledge receipt of Plaintiff's claim, commence investigation of the claim, and request from Plaintiff all items, statements, and forms that it reasonably believed would be required within the applicable time constraints, as described above, constitutes a non-prompt payment of claims and a violation of TEX. INS. CODE §542.055.

INSURANCE DEFENDANT'S failure to notify Plaintiff in writing of its acceptance or rejection of the claim within the applicable time constraints constitutes a non-prompt payment of the claim. TEX. INS. CODE §542.056.

INSURANCE DEFENDANT'S delay of the payment of Plaintiff's claim following its receipt of all items, statements, and forms reasonably requested and required, longer than the amount of time provided for, as described above, constitutes a non-prompt payment of the claim. TEX. INS. CODE §542.058.

Electronically Filed
5/24/2017 2:34:12 PM
Hidalgo County District Clerks
Reviewed By: Alexis Bonilla

**C-2383-17-I**

## C.   BREACH OF THE DUTY OF GOOD FAITH AND FAIR DEALING

INSURANCE DEFENDANT'S conduct constitutes a breach of the common law duty of good faith and fair dealing owed to insureds pursuant to insurance contracts.

INSURANCE DEFENDANT'S failure, as described above, to adequately and reasonably investigate and evaluate Plaintiff's claim, although, at that time, it knew or should have known by the exercise of reasonable diligence that its liability was reasonably clear, constitutes a breach of the duty of good faith and fair dealing.

**VI.**
**CAUSES OF ACTION AGAINST ADJUSTER DEFENDANT**

## A.   NONCOMPLIANCE WITH TEXAS INSURANCE CODE

Plaintiff re-alleges the foregoing paragraphs.   At all pertinent times, LABRIE, the ADJUSTER DEFENDANT, was engaged in the business of insurance as defined by the Texas Insurance Code. The acts and omissions of the ADJUSTER DEFENDANT and her agents constitute one or more violations of the Texas Insurance Code.   More specifically, the ADJUSTER DEFENDANT has, among other violations, violated the following provisions of the Code:

1. Insurance Code § 542.003(b)(5) and 28 TAC 21.203(5).

2. Insurance Code chapter 541, section 541.060 by, among other things:

- misrepresenting one or more material facts and/or policy provisions relating to coverage;

- failing to attempt in good faith to effectuate a prompt, fair, and equitable settlement of a claim with respect to which their liability has become reasonably clear;

- failing to attempt in good faith to effectuate a prompt, fair, and equitable settlement of a claim under one portion of a policy with respect to which liability has become reasonably clear in order to influence Plaintiff to settle the claim with respect to another portion of the policy;

Electronically Filed
5/24/2017 2:34:12 PM
Hidalgo County District Clerks
Reviewed By: Alexis Bonilla

C-2383-17-I

- failing to promptly provide a reasonable explanation of the basis in law or fact for the denial of Plaintiff's claims;

- refusing to affirm or deny coverage within a reasonable time;

- refusing to conduct a reasonable investigation;

- ignoring damage known to be covered by the Policy; and/or

- conducting an outcome-oriented investigation in order to provide INSURANCE DEFENDANT with a basis to underpay the claim.

The foregoing paragraphs are incorporated herein. The INSURANCE DEFENDANT assigned the loss and the claim to MELANIE LABRIE who was at all pertinent times the agent of the INSURANCE DEFENDANT, through both actual and apparent authority. The acts, representations and omissions of the ADJUSTER DEFENDANT are attributed to the INSURANCE DEFENDANT.

ADJUSTER DEFENDANT inspected Plaintiff's property on or about June 21, 2016.[2] During the inspection, ADJUSTER DEFENDANT was tasked with the responsibility of conducting a thorough and reasonable investigation of Plaintiff's claim, including determining the cause of and then quantifying all of the damage done to Plaintiff's property. During the inspection, ADJUSTER DEFENDANT ignored covered damages to the Property and refused to address all of the damages caused by the loss. Specifically, Labrie, ignored covered damages including but not limited to the soffit, fascia, main roof of Building 1, 2, 3, and 4, office, office bathroom, Rooms 101, 136, 120, 111 and 116.[3] Subsequent to the inspection, ADJUSTER DEFENDANT prepared a repair estimate, completed on or about July 1, 2016, which vastly

---

[2] See Exhibit A.
[3] Id.

Electronically Filed
5/24/2017 2:34:12 PM
Hidalgo County District Clerks
Reviewed By: Alexis Bonilla

C-2383-17-I

under-scoped the actual covered damages to the property, thus demonstrating ADJUSTER DEFENDANT did not conduct a thorough investigation of the claim.[4]

Despite having been assigned the claim, and despite being given authority and instructions to inspect, adjust and evaluate the claim, the ADJUSTER DEFENDANT failed and refused to properly adjust the claim. The ADJUSTER DEFENDANT failed to properly inspect the property and the damages, failed to request information, failed to adequately investigate the claim, failed to respond to requests for information from the Plaintiff, failed to timely evaluate the claim, failed to timely and properly estimate the claim, and failed to timely and properly report to the INSURANCE DEFENDANT and make recommendations to the INSURANCE DEFENDANT to address all the covered damages.

The Plaintiff provided information regarding the loss and the claim to the ADJUSTER DEFENDANT. The Plaintiff allowed the ADJUSTER DEFENDANT full and complete access to the property. The Plaintiff provided sufficient information to the ADJUSTER DEFENDANT to adjust and evaluate the loss. The Plaintiff made inquiries regarding the status of the loss and payment, but the ADJUSTER DEFENDANT failed and refused to respond to the inquiries and failed to properly adjust the claim and the loss. As a result of the ADJUSTER DEFENDANT'S inadequate and outcome-oriented investigation, to date, Plaintiff has not received full payment for the claim.

The ADJUSTER DEFENDANT'S actions were negligent, reckless, willful and intentional, and were the proximate and producing cause of damages to the Plaintiff.

Where statements were made by the ADJUSTER DEFENDANT, Plaintiff reasonably relied upon them. As a result of the foregoing conduct, which was and is the producing cause(s) of injury and damage to Plaintiff, Plaintiff has suffered damages including, without limitation,

---

[4] Id.

10

Electronically Filed
5/24/2017 2:34:12 PM
Hidalgo County District Clerks
Reviewed By: Alexis Bonilla

**C-2383-17-I**

actual damages, economic damages, and consequential damages. Moreover, one or more of the foregoing acts or omissions were "knowingly" made, entitling Plaintiff to seek treble damages pursuant to the Insurance Code.

## VII.
### KNOWLEDGE

Each of the acts described above, together and singularly, was done "knowingly" by DEFENDANTS as that term is used in the Texas Insurance Code, and was a producing cause of Plaintiff's damages described herein.

## VIII.
### DAMAGES

Plaintiff would show that all of the aforementioned acts, taken together or singularly, constitute the proximate and producing causes of the damages sustained by Plaintiff.

As previously mentioned, the damages caused by the covered losses have not been properly addressed or repaired in the months since the loss occurred, causing further damage to the Property, and causing undue hardship and burden to Plaintiff. These damages are a direct result of DEFENDANTS' mishandling of Plaintiff's claim in violation of the laws set forth above.

For breach of contract, Plaintiff is entitled to regain the benefit of the bargain, which is the amount of the claim, together with attorney's fees.

For noncompliance with the Texas Insurance Code, Unfair Settlement Practices, Plaintiff is entitled to actual damages, which include the loss of the benefits that should have been paid pursuant to the policy, court costs, and attorney's fees. For knowing conduct of the acts described above, Plaintiff asks for three times the actual damages. TEX. INS. CODE §541.152.

11

Electronically Filed
5/24/2017 2:34:12 PM
Hidalgo County District Clerks
Reviewed By: Alexis Bonilla

**C-2383-17-I**

For noncompliance with the Texas Insurance Code, Prompt Payment of Claims, Plaintiff is entitled to the amount of Plaintiff's claim, as well as eighteen (18) percent interest per annum on the amount of such claim as damages, together with attorney's fees. TEX. INS. CODE §542.060.

For breach of the common law duty of good faith and fair dealing, Plaintiff is entitled to compensatory damages, including all forms of loss resulting from the insurer's breach of duty, such as additional costs, losses due to nonpayment of the amount the insurer owed, and exemplary damages.

For the prosecution and collection of this claim, Plaintiff has been compelled to engage the services of the attorney whose name is subscribed to this pleading. Therefore, Plaintiff is entitled to recover a sum for the reasonable and necessary services of Plaintiff's attorney in the preparation and trial of this action, including any appeals to the Court of Appeals and/or the Supreme Court of Texas.

**IX.**

In addition, as to any exclusion, condition, or defense pled by DEFENDANTS, Plaintiff would show that:

The clear and unambiguous language of the policy provides coverage for damage caused by losses made the basis of Plaintiff's claim, including the cost of access to fix the damages;

In the alternative, any other construction of the language of the policy is void as against public policy;

Any other construction and its use by the DEFENDANTS violate the Texas Insurance Code section 541 et. seq. and is void as against public policy;

Electronically Filed
5/24/2017 2:34:12 PM
Hidalgo County District Clerks
Reviewed By: Alexis Bonilla

**C-2383-17-I**

Any other construction violates Art. 17.50 of the Texas Business and Commerce Code and is unconscionable and is void as against public policy and was procured by fraudulent inducement;

Any other construction is otherwise void as against public policy, illegal, and violates state law and administrative rule and regulation.

In the alternative, should the Court find any ambiguity in the policy, the rules of construction of such policies mandate the construction and interpretation urged by Plaintiff;

In the alternative, DEFENDANTS are judicially, administratively, or equitably estopped from denying Plaintiff's construction of the policy coverage at issue;

In the alternative, to the extent that the wording of such policy does not reflect the true intent of all parties thereto, Plaintiff pleads the doctrine of mutual mistake requiring information.

## X.
## REQUEST FOR DISCLOSURES

Pursuant to the Texas Rules of Civil Procedure 194, Plaintiff requests that DEFENDANTS provide the information required in a Request for Disclosure.

## XI.
## FIRST REQUEST FOR PRODUCTION TO INSURANCE DEFENDANT

1) Produce the INSURANCE DEFENDANT's complete claim file (excluding all privileged portions) in your possession for Plaintiff's property relating to or arising out of any damages caused by the loss for which INSURANCE DEFENDANT opened a claim under the Policy. Please produce a privilege log for any portions withheld on a claim of privilege.

2) Produce all non-privileged emails and other forms of communication between INSURANCE DEFENDANT, its agents, adjusters, employees, or representatives and the adjuster, and/or their agents, adjusters, representatives or employees relating to, mentioning, concerning or evidencing the Plaintiff's property which is the subject of this suit.

Electronically Filed
5/24/2017 2:34:12 PM
Hidalgo County District Clerks
Reviewed By: Alexis Bonilla

**C-2383-17-I**

3) Produce any complete claim file (excluding all privileged portions) in the INSURANCE DEFENDANT's possession for the Plaintiff/insured and/or for the Plaintiff's property as listed in the Plaintiff's Original Petition, relating to or arising out of any claim for damages which INSURANCE DEFENDANT opened a claim under any policy. Please produce a privilege log for any portions withheld on a claim of privilege.

## XII.
## FIRST REQUEST FOR PRODUCTION TO ADJUSTER DEFENDANT

1) Produce ADJUSTER DEFENDANT's complete claim or adjusting file for Plaintiff's property. Please produce a privilege log for any portions withheld on a claim of privilege.

2) Produce all emails and other forms of communication between INSURANCE DEFENDANT, its agents, adjusters, employees, or representatives and the ADJUSTER DEFENDANT, and/or their agents, adjusters, representatives or employees relating to, mentioning, concerning or evidencing the Plaintiff's property which is the subject of this suit. This includes any correspondence or communications related to the Plaintiff's property, whether related to this claim or any other claim in the INSURANCE DEFENDANT'S possession. Please produce a privilege log for any items withheld on a claim of privilege.

## XIII.

As required by Rule 47(b), Texas Rules of Civil Procedure, Plaintiff's counsel states that the damages sought are in an amount within the jurisdictional limits of this Court. As required by Rule 47(c), Texas Rules of Civil Procedure, Plaintiff's counsel states that Plaintiff seeks monetary relief, the maximum of which is over $200,000 but not more than $1,000,000. The amount of monetary relief actually awarded, however, will ultimately be determined by a jury. Plaintiff also seeks pre-judgment and post-judgment interest at the highest legal rate.

Electronically Filed
5/24/2017 2:34:12 PM
Hidalgo County District Clerks
Reviewed By: Alexis Bonilla

C-2383-17-I

## XIV.
## PRAYER

WHEREFORE, PREMISES CONSIDERED, Plaintiff requests that DEFENDANTS be cited to appear and answer herein; that, on final hearing, Plaintiff have judgment against DEFENDANTS for an amount, deemed to be just and fair by the jury, which will be a sum within the jurisdictional limits of this Court; for costs of suit; for interest on the judgment; for pre-judgment interest; and, for such other and further relief, in law or in equity, either general or special, including the non-monetary relief of declaratory judgment against the INSURANCE DEFENDANT, to which Plaintiff may be justly entitled.

Respectfully submitted,

KETTERMAN ROWLAND & WESTLUND
16500 San Pedro, Suite 302
San Antonio, Texas 78232
Telephone:     (210) 490-7402
Facsimile:     (210) 490-8372


BY:   */s/ Robert A. Pollom*
      Robert A. Pollom
      State Bar No. 24041703
      robert@krwlawyers.com
      Jake Rogiers
      State Bar No. 24069066
      jake@krwlawyers.com


ATTORNEYS FOR PLAINTIFF


**PLAINTIFF REQUESTS A TRIAL BY JURY**

15

**EM** ENGLEMARTIN **Engle Martin & Associates**

6537 S. Staples Street
Suite 125 #211
Corpus Christi, Texas 78413

| | |
|---|---|
| Insured: | Victor Lara |
| Property: | 607 E. Coma Avenue |
| | Hidalgo, TX 78557 |

| | | | |
|---|---|---|---|
| Claim Rep.: | Melanie Labrie | Business: | (361) 792-7516 |
| Position: | General Adjuster | E-mail: | mlabrie@englemartin.com |
| Company: | Engle Martin & Associates | | |

| | | | |
|---|---|---|---|
| Estimator: | Melanie Labrie | Business: | (361) 792-7516 |
| Position: | General Adjuster | E-mail: | mlabrie@englemartin.com |
| Company: | Engle Martin & Associates | | |

**Claim Number:** 000012900800    **Policy Number: ANC000281200**    **Type of Loss:** Wind/Hail

| | | | |
|---|---|---|---|
| Date Contacted: | 6/6/2016 | | |
| Date of Loss: | 6/1/2016 | Date Received: | 6/6/2016 |
| Date Inspected: | 6/21/2016 | Date Entered: | 6/30/2016 6:08 PM |

| | |
|---|---|
| Price List: | TXMC8X_JUL16 |
| | Restoration/Service/Remodel |
| Estimate: | VICTORLARA1 |

**VERY IMPORTANT! - PLEASE READ:** This document is an initial estimate ONLY concerning the probable cost of repair of the damage observed during inspection of the claimed loss. (SPECIAL NOTE: the unit costs for ROOFING contained in this estimate are inclusive of all materials, labor and permit costs necessary to complete the repairs. Further, any and all supplemental or hidden damage that is discovered must be reported to Engle Martin & Associates ["EMA"] or your insurance company for review and approval before any additional allowances will be considered.) Additional inspection and/or investigation of the cause of loss and the damage related thereto may be required before this estimate can be finalized. Please note that this document is NOT a promise or agreement of payment for the claimed loss from your insurance company or EMA. Instead, this document will be forwarded to your insurance company for coverage and payment review and decision. This estimate is subject to final review and approval by your insurance company and is thus subject to further revisions until final written approval is received. All final payment and coverage decisions are made by your insurance company and NOT by EMA. While you await final review and approval by your insurance company, we request that you present this estimate to your contractor for its review and comment. In the event of a scope of work or pricing discrepancy between this estimate and your contractor's estimate, if any, we will work with you and your contractor to attempt to resolve any such discrepancy; however, the authority to make a final decision on any such discrepancy belongs to your insurance company, not EMA. Finally, please note that you are responsible for selecting and hiring the contractor(s) that you want to perform your repair work. Neither your insurance company, nor EMA guarantee the work of any contractor, nor do either inspect or monitor the work of any contractor. It is solely your responsibility to make sure that your repair work is properly and timely completed.

*EXHIBIT "A"*

C-2383-17-I

**EM** ENGLE MARTIN **Engle Martin & Associates**

6537 S. Staples Street
Suite 125 #211
Corpus Christi, Texas 78413

VICTORLARA1

Exterior

Building 1



Roof1

5168.84 Surface Area
427.58 Total Perimeter Length

51.69 Number of Squares
186.00 Total Ridge Length

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| Remove Tear off, haul and dispose of comp. shingles - 3 tab | 51.69 SQ | 47.08 | 0.00 | 486.72 | 2,920.29 | <0.00> | 2,920.29 |
| Remove Additional charge for high roof (2 stories or greater) | 51.69 SQ | 3.28 | 0.00 | 33.90 | 203.44 | <0.00> | 203.44 |
| Additional charge for high roof (2 stories or greater) | 51.69 SQ | 13.34 | 0.00 | 137.90 | 827.44 | <0.00> | 827.44 |
| R&R Drip edge | 427.58 LF | 1.68 | 22.22 | 143.66 | 884.21 | <49.35> | 834.86 |
| Roofing felt - 15 lb. | 51.69 SQ | 18.79 | 23.33 | 194.26 | 1,188.85 | <90.66> | 1,098.19 |
| R&R Roof vent - turtle type - Metal | 10.00 EA | 43.07 | 12.38 | 86.14 | 529.22 | <27.48> | 501.74 |
| R&R Flashing - pipe jack | 12.00 EA | 30.26 | 9.04 | 72.62 | 444.78 | <20.08> | 424.70 |
| 3 tab - 25 yr. - comp. shingle roofing - w/out felt | 57.67 SQ | 139.10 | 366.11 | 1,604.38 | 9,992.39 | <1,138.26> | 8,854.13 |
| **Totals: Roof1** | | | 433.08 | 2,759.58 | 16,990.62 | 1,325.83 | 15,664.79 |

Exterior

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| Prime & paint exterior fascia - wood, 4"- 6" wide | 416.00 LF | 1.18 | 4.80 | 98.18 | 593.86 | <24.89> | 568.97 |
| **Totals: Exterior** | | | 4.80 | 98.18 | 593.86 | 24.89 | 568.97 |
| **Total: Building 1** | | | 437.88 | 2,857.76 | 17,584.48 | 1,350.72 | 16,233.76 |
| **Total: Exterior** | | | 437.88 | 2,857.76 | 17,584.48 | 1,350.72 | 16,233.76 |

Interior Building One

Guest Room 119

VICTORLARA1

7/1/2016          Page: 2

C-2383-17-I

**EM** ENGLE MARTIN **Engle Martin & Associates**

6537 S. Staples Street
Suite 125 #211
Corpus Christi, Texas 78413



### Guest Room
Height: 8'

| | |
|---|---|
| 549.33 SF Walls | 241.64 SF Ceiling |
| 790.97 SF Walls & Ceiling | 241.64 SF Floor |
| 26.85 SY Flooring | 68.67 LF Floor Perimeter |
| 68.67 LF Ceil. Perimeter | |

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| Dehumidifier (per 24 hour period) - No monitoring | 3.00 EA | 57.66 | 0.00 | 34.60 | 207.58 | <0.00> | 207.58 |
| Air mover (per 24 hour period) - No monitoring | 9.00 EA | 25.93 | 0.00 | 46.68 | 280.05 | <0.00> | 280.05 |
| Three units for 3 days | | | | | | | |
| Apply anti-microbial agent | 439.38 SF | 0.16 | 7.76 | 14.20 | 92.26 | <0.00> | 92.26 |
| R&R 5/8" drywall - hung, taped, ready for texture | 197.74 SF | 1.77 | 8.32 | 70.00 | 428.32 | <4.32> | 424.00 |
| R&R Light fixture | 1.00 EA | 62.98 | 2.72 | 12.60 | 78.30 | <10.59> | 67.71 |
| Texture drywall - light hand texture | 197.74 SF | 0.40 | 0.65 | 15.82 | 95.57 | <0.34> | 95.23 |
| R&R Baseboard - 2 1/4" | 68.67 LF | 1.96 | 3.97 | 26.92 | 165.48 | <2.05> | 163.43 |
| R&R Batt insulation - 10" - R30 - paper faced | 60.41 SF | 1.34 | 4.39 | 16.20 | 101.54 | <2.28> | 99.26 |
| Seal & paint baseboard - two coats | 68.67 LF | 1.03 | 0.51 | 14.14 | 85.38 | <2.65> | 82.73 |
| Seal/prime then paint the walls and ceiling (2 coats) | 790.97 SF | 0.70 | 9.79 | 110.74 | 674.21 | <50.73> | 623.48 |
| Clean floor - tile - Heavy clean | 241.64 SF | 0.57 | 14.74 | 27.74 | 180.21 | <0.00> | 180.21 |
| **Totals: Guest Room** | | | 52.85 | 389.64 | 2,388.90 | 72.96 | 2,315.94 |

### Bathroom
Height: 8'

| | |
|---|---|
| 186.72 SF Walls | 33.05 SF Ceiling |
| 219.78 SF Walls & Ceiling | 33.05 SF Floor |
| 3.67 SY Flooring | 23.34 LF Floor Perimeter |
| 23.34 LF Ceil. Perimeter | |

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| Apply anti-microbial agent | 252.83 SF | 0.16 | 4.46 | 8.18 | 53.09 | <0.00> | 53.09 |
| R&R 5/8" drywall - hung, taped, ready for texture | 219.78 SF | 1.77 | 9.25 | 77.80 | 476.06 | <4.79> | 471.27 |
| Detach & Reset Toilet | 1.00 EA | 170.32 | 0.41 | 34.06 | 204.79 | <0.00> | 204.79 |
| R&R Light fixture | 1.00 EA | 62.98 | 2.72 | 12.60 | 78.30 | <10.59> | 67.71 |
| R&R Exhaust fan - Standard grade | 1.00 EA | 123.67 | 1.14 | 24.74 | 149.55 | <8.84> | 140.71 |
| Texture drywall - light hand texture | 219.78 SF | 0.40 | 0.73 | 17.58 | 106.22 | <0.37> | 105.85 |

VICTORLARA1                                7/1/2016          Page: 3

C-2383-17-I

**EM** ENGLE MARTIN & ASSOCIATES   **Engle Martin & Associates**

6537 S. Staples Street
Suite 125 #211
Corpus Christi, Texas 78413

CONTINUED - Bathroom

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| R&R Batt insulation - 10" - R30 - paper faced | 33.05 SF | 1.34 | 2.40 | 8.86 | 55.55 | <1.25> | 54.30 |
| R&R Batt insulation - 4" - R11 - paper faced | 93.36 SF | 0.65 | 2.77 | 12.14 | 75.59 | <1.43> | 74.16 |
| Seal/prime then paint the walls and ceiling (2 coats) | 219.78 SF | 0.70 | 2.72 | 30.78 | 187.35 | <14.10> | 173.25 |
| Clean floor - tile - Heavy clean | 33.05 SF | 0.57 | 2.02 | 3.78 | 24.64 | <0.00> | 24.64 |
| **Totals: Bathroom** | | | **28.62** | **230.52** | **1,411.14** | **41.37** | **1,369.77** |
| **Total: Guest Room 119** | | | **81.47** | **620.16** | **3,800.04** | **114.33** | **3,685.71** |

Guest Room 120

Guest Room 120                                                    Height: 8'

549.33  SF Walls                    241.64  SF Ceiling
790.97  SF Walls & Ceiling          241.64  SF Floor
26.85  SY Flooring                  68.67  LF Floor Perimeter
68.67  LF Ceil. Perimeter

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| Dehumidifier (per 24 hour period) - No monitoring | 3.00 EA | 57.66 | 0.00 | 34.60 | 207.58 | <0.00> | 207.58 |
| Air mover (per 24 hour period) - No monitoring | 9.00 EA | 25.93 | 0.00 | 46.68 | 280.05 | <0.00> | 280.05 |
| Three units for 3 days | | | | | | | |
| Apply anti-microbial agent | 439.38 SF | 0.16 | 7.76 | 14.20 | 92.26 | <0.00> | 92.26 |
| R&R 5/8" drywall - hung, taped, ready for texture | 197.74 SF | 1.77 | 8.32 | 70.00 | 428.32 | <4.32> | 424.00 |
| R&R Light fixture | 1.00 EA | 62.98 | 2.72 | 12.60 | 78.30 | <10.59> | 67.71 |
| Texture drywall - light hand texture | 197.74 SF | 0.40 | 0.65 | 15.82 | 95.57 | <0.34> | 95.23 |
| R&R Batt insulation - 10" - R30 - paper faced | 60.41 SF | 1.34 | 4.39 | 16.20 | 101.54 | <2.28> | 99.26 |
| Seal/prime then paint the walls and ceiling (2 coats) | 790.97 SF | 0.70 | 9.79 | 110.74 | 674.21 | <50.73> | 623.48 |
| R&R Baseboard - 2 1/4" | 68.67 LF | 1.96 | 3.97 | 26.92 | 165.48 | <2.05> | 163.43 |
| Seal & paint baseboard - two coats | 68.67 LF | 1.03 | 0.51 | 14.14 | 85.38 | <2.65> | 82.73 |
| Clean floor - tile - Heavy clean | 241.64 SF | 0.57 | 14.74 | 27.74 | 180.21 | <0.00> | 180.21 |

C-2383-17-I

**EM** ENGLE MARTIN & ASSOCIATES **Engle Martin & Associates**

6537 S. Staples Street
Suite 125 #211
Corpus Christi, Texas 78413

CONTINUED - Guest Room 120

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| Totals: Guest Room 120 | | | 52.85 | 389.64 | 2,388.90 | 72.96 | 2,315.94 |

Bathroom     Height: 8'

186.72 SF Walls     33.05 SF Ceiling
219.78 SF Walls & Ceiling     33.05 SF Floor
3.67 SY Flooring     23.34 LF Floor Perimeter
23.34 LF Ceil. Perimeter

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| Apply anti-microbial agent | 252.83 SF | 0.16 | 4.46 | 8.18 | 53.09 | <0.00> | 53.09 |
| R&R 5/8" drywall - hung, taped, ready for texture | 219.78 SF | 1.77 | 9.25 | 77.80 | 476.06 | <4.79> | 471.27 |
| Detach & Reset Toilet | 1.00 EA | 170.32 | 0.41 | 34.06 | 204.79 | <0.00> | 204.79 |
| R&R Light fixture | 1.00 EA | 62.98 | 2.72 | 12.60 | 78.30 | <10.59> | 67.71 |
| R&R Exhaust fan - Standard grade | 1.00 EA | 123.67 | 1.14 | 24.74 | 149.55 | <8.84> | 140.71 |
| Texture drywall - light hand texture | 219.78 SF | 0.40 | 0.73 | 17.58 | 106.22 | <0.37> | 105.85 |
| R&R Batt insulation - 10" - R30 - paper faced | 33.05 SF | 1.34 | 2.40 | 8.86 | 55.55 | <1.25> | 54.30 |
| R&R Batt insulation - 4" - R11 - paper faced | 93.36 SF | 0.65 | 2.77 | 12.14 | 75.59 | <1.43> | 74.16 |
| Seal/prime then paint the walls and ceiling (2 coats) | 219.78 SF | 0.70 | 2.72 | 30.78 | 187.35 | <14.10> | 173.25 |
| Clean floor - tile - Heavy clean | 33.05 SF | 0.57 | 2.02 | 3.78 | 24.64 | <0.00> | 24.64 |
| **Totals: Bathroom** | | | 28.62 | 230.52 | 1,411.14 | 41.37 | 1,369.77 |
| Total: Guest Room 120 | | | 81.47 | 620.16 | 3,800.04 | 114.33 | 3,685.71 |

Guest Room 122

VICTORLARAI     7/1/2016     Page: 5

C-2383-17-I

**EM** ENGLE MARTIN **Engle Martin & Associates**

6537 S. Staples Street
Suite 125 #211
Corpus Christi, Texas 78413



| Guest Room | | | | | Height: 8' |
|---|---|---|---|---|---|
| 549.33 SF Walls | | | 241.64 SF Ceiling | | |
| 790.97 SF Walls & Ceiling | | | 241.64 SF Floor | | |
| 26.85 SY Flooring | | | 68.67 LF Floor Perimeter | | |
| 68.67 LF Ceil. Perimeter | | | | | |

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| Dehumidifier (per 24 hour period) - No monitoring | 3.00 EA | 57.66 | 0.00 | 34.60 | 207.58 | <0.00> | 207.58 |
| Air mover (per 24 hour period) - No monitoring | 9.00 EA | 25.93 | 0.00 | 46.68 | 280.05 | <0.00> | 280.05 |
| Three units for 3 days | | | | | | | |
| Apply anti-microbial agent | 439.38 SF | 0.16 | 7.76 | 14.20 | 92.26 | <0.00> | 92.26 |
| R&R 5/8" drywall - hung, taped, ready for texture | 197.74 SF | 1.77 | 8.32 | 70.00 | 428.32 | <4.32> | 424.00 |
| R&R Light fixture | 1.00 EA | 62.98 | 2.72 | 12.60 | 78.30 | <10.59> | 67.71 |
| Texture drywall - light hand texture | 197.74 SF | 0.40 | 0.65 | 15.82 | 95.57 | <0.34> | 95.23 |
| R&R Baseboard - 2 1/4" | 68.67 LF | 1.96 | 3.97 | 26.92 | 165.48 | <2.05> | 163.43 |
| Seal & paint baseboard - two coats | 68.67 LF | 1.03 | 0.51 | 14.14 | 85.38 | <2.65> | 82.73 |
| R&R Batt insulation - 10" - R30 - paper faced | 60.41 SF | 1.34 | 4.39 | 16.20 | 101.54 | <2.28> | 99.26 |
| Seal/prime then paint the walls and ceiling (2 coats) | 790.97 SF | 0.70 | 9.79 | 110.74 | 674.21 | <50.73> | 623.48 |
| Clean floor - tile - Heavy clean | 241.64 SF | 0.57 | 14.74 | 27.74 | 180.21 | <0.00> | 180.21 |
| **Totals: Guest Room** | | | **52.85** | **389.64** | **2,388.90** | **72.96** | **2,315.94** |

| Bathroom | | | | | Height: 8' |
|---|---|---|---|---|---|
| 186.72 SF Walls | | | 33.05 SF Ceiling | | |
| 219.78 SF Walls & Ceiling | | | 33.05 SF Floor | | |
| 3.67 SY Flooring | | | 23.34 LF Floor Perimeter | | |
| 23.34 LF Ceil. Perimeter | | | | | |

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| Apply anti-microbial agent | 252.83 SF | 0.16 | 4.46 | 8.18 | 53.09 | <0.00> | 53.09 |
| R&R 5/8" drywall - hung, taped, ready for texture | 219.78 SF | 1.77 | 9.25 | 77.80 | 476.06 | <4.79> | 471.27 |
| Detach & Reset Toilet | 1.00 EA | 170.32 | 0.41 | 34.06 | 204.79 | <0.00> | 204.79 |
| R&R Light fixture | 1.00 EA | 62.98 | 2.72 | 12.60 | 78.30 | <10.59> | 67.71 |
| R&R Exhaust fan - Standard grade | 1.00 EA | 123.67 | 1.14 | 24.74 | 149.55 | <8.84> | 140.71 |
| Texture drywall - light hand texture | 219.78 SF | 0.40 | 0.73 | 17.58 | 106.22 | <0.37> | 105.85 |

VICTORLARA1

7/1/2016                    Page: 6

C-2383-17-I

**EM** ENGLE MARTIN & ASSOCIATES   **Engle Martin & Associates**

6537 S. Staples Street
Suite 125 #211
Corpus Christi, Texas 78413

### CONTINUED - Bathroom

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| R&R Batt insulation - 10" - R30 - paper faced | 33.05 SF | 1.34 | 2.40 | 8.86 | 55.55 | <1.25> | 54.30 |
| R&R Batt insulation - 4" - R11 - paper faced | 93.36 SF | 0.65 | 2.77 | 12.14 | 75.59 | <1.43> | 74.16 |
| Seal/prime then paint the walls and ceiling (2 coats) | 219.78 SF | 0.70 | 2.72 | 30.78 | 187.35 | <14.10> | 173.25 |
| Clean floor - tile - Heavy clean | 33.05 SF | 0.57 | 2.02 | 3.78 | 24.64 | <0.00> | 24.64 |
| **Totals: Bathroom** | | | **28.62** | **230.52** | **1,411.14** | **41.37** | **1,369.77** |
| Total: Guest Room 122 | | | 81.47 | 620.16 | 3,800.04 | 114.33 | 3,685.71 |

### Guest Room 123



Guest Room                                                              Height: 8'

549.33 SF Walls                     241.64 SF Ceiling
790.97 SF Walls & Ceiling           241.64 SF Floor
26.85 SY Flooring                   68.67 LF Floor Perimeter
68.67 LF Ceil. Perimeter

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| Air mover (per 24 hour period) - No monitoring | 9.00 EA | 25.93 | 0.00 | 46.68 | 280.05 | <0.00> | 280.05 |
| Three units for 3 days | | | | | | | |
| Dehumidifier (per 24 hour period) - No monitoring | 3.00 EA | 57.66 | 0.00 | 34.60 | 207.58 | <0.00> | 207.58 |
| Apply anti-microbial agent | 439.38 SF | 0.16 | 7.76 | 14.20 | 92.26 | <0.00> | 92.26 |
| R&R 5/8" drywall - hung, taped, ready for texture | 197.74 SF | 1.77 | 8.32 | 70.00 | 428.32 | <4.32> | 424.00 |
| R&R Light fixture | 1.00 EA | 62.98 | 2.72 | 12.60 | 78.30 | <10.59> | 67.71 |
| Texture drywall - light hand texture | 197.74 SF | 0.40 | 0.65 | 15.82 | 95.57 | <0.34> | 95.23 |
| R&R Batt insulation - 10" - R30 - paper faced | 60.41 SF | 1.34 | 4.39 | 16.20 | 101.54 | <2.28> | 99.26 |
| R&R Baseboard - 2 1/4" | 68.67 LF | 1.96 | 3.97 | 26.92 | 165.48 | <2.05> | 163.43 |
| Seal & paint baseboard - two coats | 68.67 LF | 1.03 | 0.51 | 14.14 | 85.38 | <2.65> | 82.73 |
| Seal/prime then paint the walls and ceiling (2 coats) | 790.97 SF | 0.70 | 9.79 | 110.74 | 674.21 | <50.73> | 623.48 |
| Clean floor - tile - Heavy clean | 241.64 SF | 0.57 | 14.74 | 27.74 | 180.21 | <0.00> | 180.21 |

VICTORLARA1

7/1/2016                    Page: 7

C-2383-17-I

**EM** ENGLE MARTIN & ASSOCIATES   **Engle Martin & Associates**

6537 S. Staples Street
Suite 125 #211
Corpus Christi, Texas 78413

CONTINUED - Guest Room

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| Totals: Guest Room | | | 52.85 | 389.64 | 2,388.90 | 72.96 | 2,315.94 |

**Bathroom**                                                                 **Height: 8'**

186.72 SF Walls                  33.05 SF Ceiling
219.78 SF Walls & Ceiling        33.05 SF Floor
3.67 SY Flooring                 23.34 LF Floor Perimeter
23.34 LF Ceil. Perimeter

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| Apply anti-microbial agent | 252.83 SF | 0.16 | 4.46 | 8.18 | 53.09 | <0.00> | 53.09 |
| R&R 5/8" drywall - hung, taped, ready for texture | 219.78 SF | 1.77 | 9.25 | 77.80 | 476.06 | <4.79> | 471.27 |
| Detach & Reset Toilet | 1.00 EA | 170.32 | 0.41 | 34.06 | 204.79 | <0.00> | 204.79 |
| R&R Light fixture | 1.00 EA | 62.98 | 2.72 | 12.60 | 78.30 | <10.59> | 67.71 |
| R&R Exhaust fan - Standard grade | 1.00 EA | 123.67 | 1.14 | 24.74 | 149.55 | <8.84> | 140.71 |
| Texture drywall - light hand texture | 219.78 SF | 0.40 | 0.73 | 17.58 | 106.22 | <0.37> | 105.85 |
| R&R Batt insulation - 10" - R30 - paper faced | 33.05 SF | 1.34 | 2.40 | 8.86 | 55.55 | <1.25> | 54.30 |
| R&R Batt insulation - 4" - R11 - paper faced | 93.36 SF | 0.65 | 2.77 | 12.14 | 75.59 | <1.43> | 74.16 |
| Seal/prime then paint the walls and ceiling (2 coats) | 219.78 SF | 0.70 | 2.72 | 30.78 | 187.35 | <14.10> | 173.25 |
| Clean floor - tile - Heavy clean | 33.05 SF | 0.57 | 2.02 | 3.78 | 24.64 | <0.00> | 24.64 |
| Totals: Bathroom | | | 28.62 | 230.52 | 1,411.14 | 41.37 | 1,369.77 |
| Total: Guest Room 123 | | | 81.47 | 620.16 | 3,800.04 | 114.33 | 3,685.71 |

Guest Room 136

VICTORLARA1                                        7/1/2016        Page: 8

C-2383-17-I

**EM** ENGLE MARTIN **Engle Martin & Associates**

6537 S. Staples Street
Suite 125 #211
Corpus Christi, Texas 78413



### Guest Room                                                                 Height: 8'

| | | |
|---|---|---|
| 549.33 SF Walls | 241.64 SF Ceiling | |
| 790.97 SF Walls & Ceiling | 241.64 SF Floor | |
| 26.85 SY Flooring | 68.67 LF Floor Perimeter | |
| 68.67 LF Ceil. Perimeter | | |

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| Apply anti-microbial agent | 439.38 SF | 0.16 | 7.76 | 14.20 | 92.26 | <0.00> | 92.26 |
| Dehumidifier (per 24 hour period) - No monitoring | 3.00 EA | 57.66 | 0.00 | 34.60 | 207.58 | <0.00> | 207.58 |
| Air mover (per 24 hour period) - No monitoring | 9.00 EA | 25.93 | 0.00 | 46.68 | 280.05 | <0.00> | 280.05 |
| Three units for 3 days | | | | | | | |
| R&R 5/8" drywall - hung, taped, ready for texture | 197.74 SF | 1.77 | 8.32 | 70.00 | 428.32 | <4.32> | 424.00 |
| R&R Light fixture | 1.00 EA | 62.98 | 2.72 | 12.60 | 78.30 | <10.59> | 67.71 |
| Texture drywall - light hand texture | 197.74 SF | 0.40 | 0.65 | 15.82 | 95.57 | <0.34> | 95.23 |
| R&R Batt insulation - 10" - R30 - paper faced | 60.41 SF | 1.34 | 4.39 | 16.20 | 101.54 | <2.28> | 99.26 |
| R&R Baseboard - 2 1/4" | 68.67 LF | 1.96 | 3.97 | 26.92 | 165.48 | <2.05> | 163.43 |
| Seal & paint baseboard - two coats | 68.67 LF | 1.03 | 0.51 | 14.14 | 85.38 | <2.65> | 82.73 |
| Seal/prime then paint the walls and ceiling (2 coats) | 790.97 SF | 0.70 | 9.79 | 110.74 | 674.21 | <50.73> | 623.48 |
| Clean floor - tile - Heavy clean | 241.64 SF | 0.57 | 14.74 | 27.74 | 180.21 | <0.00> | 180.21 |

| **Totals: Guest Room** | | | 52.85 | 389.64 | 2,388.90 | 72.96 | 2,315.94 |
|---|---|---|---|---|---|---|---|

### Bathroom                                                                 Height: 8'

| | | |
|---|---|---|
| 186.72 SF Walls | 33.05 SF Ceiling | |
| 219.78 SF Walls & Ceiling | 33.05 SF Floor | |
| 3.67 SY Flooring | 23.34 LF Floor Perimeter | |
| 23.34 LF Ceil. Perimeter | | |

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| Apply anti-microbial agent | 252.83 SF | 0.16 | 4.46 | 8.18 | 53.09 | <0.00> | 53.09 |
| R&R 5/8" drywall - hung, taped, ready for texture | 219.78 SF | 1.77 | 9.25 | 77.80 | 476.06 | <4.79> | 471.27 |
| Detach & Reset Toilet | 1.00 EA | 170.32 | 0.41 | 34.06 | 204.79 | <0.00> | 204.79 |
| R&R Light fixture | 1.00 EA | 62.98 | 2.72 | 12.60 | 78.30 | <10.59> | 67.71 |
| R&R Exhaust fan - Standard grade | 1.00 EA | 123.67 | 1.14 | 24.74 | 149.55 | <8.84> | 140.71 |
| Texture drywall - light hand texture | 219.78 SF | 0.40 | 0.73 | 17.58 | 106.22 | <0.37> | 105.85 |

VICTORLARA1

C-2383-17-I

**EM** ENGLE MARTIN & ASSOCIATES  **Engle Martin & Associates**

6537 S. Staples Street
Suite 125 #211
Corpus Christi, Texas 78413

CONTINUED - Bathroom

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| R&R Batt insulation - 10" - R30 - paper faced | 33.05 SF | 1.34 | 2.40 | 8.86 | 55.55 | <1.25> | 54.30 |
| R&R Batt insulation - 4" - R11 - paper faced | 93.36 SF | 0.65 | 2.77 | 12.14 | 75.59 | <1.43> | 74.16 |
| Seal/prime then paint the walls and ceiling (2 coats) | 219.78 SF | 0.70 | 2.72 | 30.78 | 187.35 | <14.10> | 173.25 |
| Clean floor - tile - Heavy clean | 33.05 SF | 0.57 | 2.02 | 3.78 | 24.64 | <0.00> | 24.64 |
| **Totals: Bathroom** | | | **28.62** | **230.52** | **1,411.14** | **41.37** | **1,369.77** |
| **Total: Guest Room 136** | | | **81.47** | **620.16** | **3,800.04** | **114.33** | **3,685.71** |

Debris Removal

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| Dumpster load - Approx. 40 yards, 7-8 tons of debris | 1.00 EA | 532.72 | 0.00 | 106.54 | 639.26 | <0.00> | 639.26 |
| **Totals: Debris Removal** | | | **0.00** | **106.54** | **639.26** | **0.00** | **639.26** |
| **Total: Interior Building One** | | | **407.35** | **3,207.34** | **19,639.46** | **571.65** | **19,067.81** |
| **Line Item Totals: VICTORLARA1** | | | **845.23** | **6,065.10** | **37,223.94** | **1,922.37** | **35,301.57** |

**Grand Total Areas:**

| | | | |
|---|---|---|---|
| 3,680.29 SF Walls | 1,373.47 SF Ceiling | 5,053.75 SF Walls and Ceiling |
| 1,373.47 SF Floor | 152.61 SY Flooring | 460.04 LF Floor Perimeter |
| 0.00 SF Long Wall | 0.00 SF Short Wall | 460.04 LF Ceil. Perimeter |
| 1,373.47 Floor Area | 1,510.14 Total Area | 3,680.29 Interior Wall Area |
| 4,963.60 Exterior Wall Area | 356.67 Exterior Perimeter of Walls | |
| 5,168.84 Surface Area | 51.69 Number of Squares | 855.16 Total Perimeter Length |
| 186.00 Total Ridge Length | 0.00 Total Hip Length | |

VICTORLARA1

7/1/2016        Page: 10

C-2383-17-I

**EM** ENGLE MARTIN & ASSOCIATES  **Engle Martin & Associates**

6537 S. Staples Street
Suite 125 #211
Corpus Christi, Texas 78413

### Summary for Location 1 Building1

| | |
|---|---:|
| Line Item Total | 30,313.61 |
| Cleaning Mtl Tax | 11.45 |
| | |
| Subtotal | 30,325.06 |
| Overhead | 3,032.55 |
| Profit | 3,032.55 |
| Material Sales Tax | 700.33 |
| Cleaning Sales Tax | 133.45 |
| **Replacement Cost Value** | **$37,223.94** |
| Less Non-recoverable Depreciation | <1,922.37> |
| **Actual Cash Value** | **$35,301.57** |
| Less Deductible | (1,000.00) |
| **Net Claim** | **$34,301.57** |

Melanie Labrie
General Adjuster

C-2383-17-l

**EM** ENGLE MARTIN & ASSOCIATES  **Engle Martin & Associates**

6537 S. Staples Street
Suite 125 #211
Corpus Christi, Texas 78413

### Recap of Taxes, Overhead and Profit

| | Overhead (10%) | Profit (10%) | Material Sales Tax (8.25%) | Cleaning Mtl Tax (8.25%) | Cleaning Sales Tax (8.25%) | Manuf. Home Tax (5%) | Storage Rental Tax (8.25%) |
|---|---|---|---|---|---|---|---|
| Line Items | | | | | | | |
| | 3,032.55 | 3,032.55 | 700.33 | 11.45 | 133.45 | 0.00 | 0.00 |
| Total | | | | | | | |
| | **3,032.55** | **3,032.55** | **700.33** | **11.45** | **133.45** | **0.00** | **0.00** |

C-2383-17-I

**EM** ENGLE MARTIN **Engle Martin & Associates**

6537 S. Staples Street
Suite 125 #211
Corpus Christi, Texas 78413

## Recap by Room

Estimate: VICTORLARA1

Area: Exterior

| | | |
|---|---|---|
| Area: Building 1 | | |
| Roof1 | 13,797.96 | 45.52% |
| Exterior | 490.88 | 1.62% |
| Area Subtotal:  Building 1 | 14,288.84 | 47.14% |
| Area Subtotal:  Exterior | 14,288.84 | 47.14% |
| Area: Interior Building One | | |
| Area: Guest Room 119 | | |
| Guest Room | 1,946.41 | 6.42% |
| Bathroom | 1,152.00 | 3.80% |
| Area Subtotal:  Guest Room 119 | 3,098.41 | 10.22% |
| Area: Guest Room 120 | | |
| Guest Room 120 | 1,946.41 | 6.42% |
| Bathroom | 1,152.00 | 3.80% |
| Area Subtotal:  Guest Room 120 | 3,098.41 | 10.22% |
| Area: Guest Room 122 | | |
| Guest Room | 1,946.41 | 6.42% |
| Bathroom | 1,152.00 | 3.80% |
| Area Subtotal:  Guest Room 122 | 3,098.41 | 10.22% |
| Area: Guest Room 123 | | |
| Guest Room | 1,946.41 | 6.42% |
| Bathroom | 1,152.00 | 3.80% |
| Area Subtotal:  Guest Room 123 | 3,098.41 | 10.22% |
| Area: Guest Room 136 | | |
| Guest Room | 1,946.41 | 6.42% |
| Bathroom | 1,152.00 | 3.80% |
| Area Subtotal:  Guest Room 136 | 3,098.41 | 10.22% |

VICTORLARA1

7/1/2016          Page: 13

C-2383-17-I

**EM** ENGLE MARTIN & ASSOCIATES   **Engle Martin & Associates**

6537 S. Staples Street
Suite 125 #211
Corpus Christi, Texas 78413

| | | |
|---|---|---|
| Debris Removal | 532.72 | 1.76% |
| Area Subtotal: Interior Building One | 16,024.77 | 52.86% |
| Subtotal of Areas | 30,313.61 | 100.00% |
| Total | 30,313.61 | 100.00% |

C-2383-17-I

**EM** ENGLE MARTIN & ASSOCIATES   Engle Martin & Associates

6537 S. Staples Street
Suite 125 #211
Corpus Christi, Texas 78413

## Recap by Category with Depreciation

| O&P Items | RCV | Deprec. | ACV |
|---|---|---|---|
| CLEANING | 782.85 | | 782.85 |
| GENERAL DEMOLITION | 4,236.76 | | 4,236.76 |
| DRYWALL | 3,987.35 | 38.25 | 3,949.10 |
| ELECTRICAL | 571.85 | 34.45 | 537.40 |
| FINISH CARPENTRY / TRIMWORK | 583.70 | 8.00 | 575.70 |
| INSULATION | 756.80 | 19.30 | 737.50 |
| LIGHT FIXTURES | 578.10 | 82.50 | 495.60 |
| PLUMBING | 851.60 | | 851.60 |
| PAINTING | 4,382.18 | 282.41 | 4,099.77 |
| ROOFING | 10,996.92 | 1,033.79 | 9,963.13 |
| WATER EXTRACTION & REMEDIATION | 2,585.50 | | 2,585.50 |
| O&P Items Subtotal | 30,313.61 | 1,498.70 | 28,814.91 |
| Cleaning Mtl Tax | 11.45 | | 11.45 |
| Overhead | 3,032.55 | 150.02 | 2,882.53 |
| Profit | 3,032.55 | 150.02 | 2,882.53 |
| Material Sales Tax | 700.33 | 123.63 | 576.70 |
| Cleaning Sales Tax | 133.45 | | 133.45 |
| Total | 37,223.94 | 1,922.37 | 35,301.57 |

VICTORLARA1                                    7/1/2016        Page: 15

Exterior - Building 1

## C-2383-17-I



VICTORLARA1

7/1/2016      Page: 16

Interior Building One - Guest Room 120

## C-2383-17-I



Interior Building One - Guest Room 122

## C-2383-17-I



VICTORLARA1

7/1/2016     Page: 18

Interior Building One - Guest Room 119

## C-2383-17-I



Interior Building One - Guest Room 123

## C-2383-17-I



VICTORLARAI

7/1/2016          Page: 20

Interior Building One - Guest Room 136

## C-2383-17-I



C-2383-17-I

## BUILDING ONE STATEMENT OF LOSS

| Insured: | Victor Lara |
| Location of Loss: | 607 E. Coma Avenue, Hidalgo, Texas 78557 |
| Nature of Loss | Wind / Rain- CAT 33 |
| Date of Loss: | 5/31/2016 |
| EMA Number: | 1000161713 |
| Claim Number | 12900800 |

| | | | Value | Loss | Claim |
|---|---|---|---|---|---|
| **Building** | | | Not Determined | | |
| Cleaing | $ | 782.85 | | | |
| General Demolition | $ | 4,236.76 | | | |
| Drywall | $ | 3,987.35 | | | |
| Electrical | $ | 571.85 | | | |
| Finish Carpentery | $ | 583.70 | | | |
| Insulation | $ | 756.80 | | | |
| Light Fixtures | $ | 578.10 | | | |
| Plumbing | $ | 851.60 | | | |
| Painting | $ | 4,382.18 | | | |
| Roofing | $ | 10,996.92 | | | |
| Water Extraction | $ | 2,585.50 | | | |
| Overhead | $ | 3,032.55 | | | |
| Profit | $ | 3,032.55 | | | |
| Material Sales Tax | $ | 845.23 | | | |
| **Building Repairs** | $ | 37,223.94 | | | |
| **Total Building Repairs** | $ | 37,223.94 | | $ 37,223.94 | $ 37,223.94 |
| **Less:** | | | | | |
| Deductible | $ | (1,000.00) | Wind or Hail | | |
| *Non Recoverable Depreciation -Per Schedule | $ | (1,922.37) | | | |
| Subtotal | $ | (2,922.37) | | | $ (2,922.37) |
| **Value, Loss, and Claim** | | | Not Determined | $ 37,223.94 | $ 34,301.57 |

Prepared by:
Melanie Labire
Engle Martin and Associates

*Property Insured on An ACV Basis

7/5/2016

# BUILDING TWO STATEMENT OF LOSS
### C-2383-17-1

| | | |
|---|---|---|
| **Insured:** | Victor Lara | |
| Location of Loss: | 607 E. Coma Avenue, Hidalgo, Texas 78557 | |
| Nature of Loss: | Wind / Rain- CAT 33 | |
| Date of Loss: | 5/31/2016 | |
| EMA Number: | 1000161713 | |
| **Claim Number** | **12900800** | |

| | | Value | Loss | Claim |
|---|---|---|---|---|
| | | **Not Determined** | | |
| **Building** | | | | |
| General Demolition | $ 2,095.22 | | | |
| Painting | $ 311.52 | | | |
| Roofing | $ 8,136.34 | | | |
| **O&P Items Subtotal** | $ 10,543.08 | | | |
| Overhead | $ 1,054.31 | | | |
| Profit | $ 1,054.31 | | | |
| Material Sales Tax | $ 345.00 | | | |
| **Building Repairs** | $ 12,996.70 | | | |
| | | | | |
| **Total Building Repairs** | $ 12,996.70 | | $ 12,996.70 | $ 12,996.70 |
| | | | | |
| **Less:** | | | | |
| Deductible | $ (1,000.00) | **Wind or Hail** | | |
| *Non Recoverable Depreciation -Per Schedule | $ (1,063.81) | | | |
| Subtotal | $ (2,063.81) | | | $ (2,063.81) |
| **Value, Loss, and Claim** | | **Not Determined** | $ 12,996.70 | $ 10,932.89 |

Prepared by:
Melanie Labire
Engle Martin and Associates

*Property Insured on An ACV Basis

C-2383-17-I

## BUILDING TWO STATEMENT OF LOSS

Insured:  
Location of Loss:      **Victor Lara**  
Nature of Loss      607 E. Coma Avenue, Hidalgo, Texas 78557  
Date of Loss:      Wind / Rain- CAT 33  
EMA Number:      5/31/2016  
Claim Number      1000161713  
     12900800

| | | Value | Loss | Claim |
|---|---|---|---|---|
| | | Not Determined | | |
| **Building** | | | | |
| General Demolition | $ 996.55 | | | |
| Painting | $ 200.60 | | | |
| Roofing | $ 4,215.87 | | | |
| **O&P Items Subtotal** | $ 5,413.02 | | | |
| Overhead | $ 541.31 | | | |
| Profit | $ 541.31 | | | |
| Material Sales Tax | $ 166.72 | | | |
| **Building Repairs** | $ 6,662.36 | | | |
| **Total Building Repairs** | $ 6,662.36 | | $ 6,662.36 | $ 6,662.36 |
| **Less:** | | | | |
| Deductible | $ (1,000.00) | | | |
| *Non Recoverable Depreciation -Per Schedule | $ (499.69) | | | |
| Subtotal | $ (1,499.69) | | | $ (1,499.69) |
| **Value, Loss, and Claim** | | Not Determined | $ 6,662.36 | $ 5,162.67 |

Prepared by:  
Melanie Labiro  
Engle Martin and Associates

*Property Insured on An ACV Basis