United States District Court
Southern District of Texas
**ENTERED**
December 12, 2017
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| VICTOR LARA, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 7:17-CV-256 |
| | § | |
| ARCH SPECIALTY INSURANCE | § | |
| COMPANY, *et al*, | § | |
| | § | |
| Defendants. | § | |

## ORDER GRANTING AGREED MOTION TO DISMISS WITH PREJUDICE

Plaintiff and Defendants move to dismiss this action with prejudice, with each party bearing its own costs. After considering the Motion, this Court is of the opinion that the Motion should be, in all things, **GRANTED**.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that Plaintiff and Defendants' Agreed Motion to Dismiss with Prejudice in its entirety is hereby **GRANTED** and the above-entitled and numbered cause is hereby dismissed with prejudice as to the refiling of same.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that all attorneys' fees will be paid by the party incurring the same and that all costs of Court shall be taxed to the party incurring the same.

SO ORDERED this 12th day of December, 2017, at McAllen, Texas.

_____
Randy Crane
United States District Judge